# Challenge to Constitutionality of a State Statute

ACCEPTED
15th COURT OF APPEALS
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 6:00 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 6:00:49 PM
CHRISTOPHER A. PRINE
Clerk

Print

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** *(If Known):* 15-25-00086-CV          **Court** *(If Known):* 15th Court of Appeals

Styled:  2020 Long Tail Trail Investments, City of Grand Prairie, et al, v. State of Texas, et al.

*(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

**Contact information for party\* challenging the constitutionality of a state statute. (\****If party is not a person, provide contact information for party, party's representative or attorney.)***

| | |
|---|---|
| Name: Lena Chaisson-Muñoz | Telephone: 956-548-6070 |
| Address: 1001 East Elizabeth Street | Fax: |
| City/State/Zip: Brownsville, Texas 78520 | State Bar No. (if applicable): 24085244 |
| Email: lena.munoz@brownsvilletx.gov | |

Person completing this form is:  ☑ Attorney for Party ☐ Unrepresented Party ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☑ Petition      ☐ Answer      ☐ Motion (Specify type):
☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☑ Yes   ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

Texas Local Government Code, Sections 24.101 through 24.105, and 42.151 through 42.156

These statutes:

- unconstitutionally delegate legislative functions to private parties in contravention of the Texas Supreme Court's decisions in *Tex. Boll Weevil Eradication Found., Inc. v. Lewellen*, 952 S.W.2d 454 (Tex. 1997), and *FM Properties Operating Co. v. City of Austin*, 22 S.W.3d 868 (Tex. 2000);

- unconstitutionally interfere with contractual relationships; and

- unconstitutionally deprive local entities with tax revenues by delegating tax policy to private parties.

Additional statutory challenges are raised separate and apart from these constitutional concerns.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lena Chaisson-Muñoz on behalf of Lena Chaisson-Munoz
Bar No. 24085244
lena.munoz@brownsvilletx.gov
Envelope ID: 101133881
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement by Appellant City of Brownsville
Status as of 5/21/2025 6:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/21/2025 6:00:49 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 6:00:49 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/21/2025 6:00:49 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 5/21/2025 6:00:49 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 6:00:49 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 5/21/2025 6:00:49 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/21/2025 6:00:49 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/21/2025 6:00:49 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 5/21/2025 6:00:49 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 5/21/2025 6:00:49 PM | SENT |
| William Thompson | | will@lkcfirm.com | 5/21/2025 6:00:49 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 5/21/2025 6:00:49 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 6:00:49 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 6:00:49 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 5/21/2025 6:00:49 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/21/2025 6:00:49 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 5/21/2025 6:00:49 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 5/21/2025 6:00:49 PM | SENT |